### JIM RHODES V. THE STATE.

No. 9611.   Delivered Dec. 2, 1925.

**Transportation of Intoxicating Liquor—No Statement of Facts—No Bills of Exception.**

This record is before us without either statement of facts, or bills of exception. The indictment appears regular, and the judgment must be affirmed.

Appeal from the District Court of Nacogdoches County. Tried below before the Hon. C. A. Hodges, Judge.

Appeal from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney; and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The record is before us without bills of exception or statement of facts. The indictment appears regular. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed*